# MINUTE ORDER

Page 5

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor  _Released_  Date: 3/11/2020  Time: 1:30 p.m.

Defendant: LENNYS RANGEL   J#: 26279-104   Case #: 19-20726-CR-MARTINEZ (SEALED)
AUSA: Michael Berger   Attorney: Michael Entin + Felipe
Violation: CONSP/COMMIT OFFENSE AGAINST THE U.S.   Surr/Arrest Date: 3/11/2020   YOB: 1972
Proceeding: Initial Appearance/Waiver of Indictment, _arraignment_   CJA Appt: Jaramillo – Pum
Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond:
Bond Set at:   Co-signed by: Husband

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☑ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☑ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to: SD/FL
- ☑ Other: main. res. record.

Language: Spanish

Disposition:
Case remains sealed. unsealed.
Δ waived ind – hrg held.
Gov't - $100K PSB.
Court sets.

INFO
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested ☑

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:48:08 (Sealed)   Time in Court: 10
s/John J. O'Sullivan   Chief Magistrate Judge