UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20726-MARTINEZ

UNITED STATES OF AMERICA

        Plaintiff,

Vs.

LENNY RANGEL                    **NOTICE OF APPEARANCE AS CO-COUNSEL TRIAL PURPOSES ONLY**

        Defendant.
_____/

COMES NOW, the LAW OFFICES OF FELIPE JARAMILLO, and hereby files this Notice of Appearance as Co-Counsel for Trial Purposes Only, as Record for the Defendant herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Notice of Appearance as Co-Counsel for Trial Purposes Only was hand delivered to the Clerk of the Court of the United States District Court using on this 11TH DAY OF MARCH, 2020.

Respectfully Submitted,

**LAW OFFICES OF FELIPE JARAMILLO**
Co-Counsel for Defendant
1700 East Las Olas Boulevard, Suite 207
Fort Lauderdale, Florida 33301
Tele: (954) 610-2901
Email: fjaramilloesq@gmail.com
Florida Bar No.

*/s/ Felipe Jaramillo*
_____
FELIPE JARAMILLO, ESQ.
Florida Bar No. 84361