UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-20726-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LENNYS RANGEL,

    Defendants.
_____/

## NOTICE SETTING CHANGE OF PLEA

**PLEASE TAKE NOTICE** that the above-styled cause has been **set** for **Change of Plea Hearing** before the Honorable Jose E. Martinez, United States District Judge, on **Tuesday, August 11, 2020, starting at 1:30 p.m.,** at the United States District Court, 400 N. Miami Avenue, Courtroom 10-1, in Miami, Florida 33128. The Previous Calendar Call and Trial Date are hereby CANCELLED.

DATED: July 13, 2020

*s/Diane Quinn*
Courtroom Deputy

copies provided:
All Counsel of Record
U.S. Probation Office