UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20726-CR-JEM

UNITED STATES OF AMERICA

vs.

LENNYS RANGEL,

       **Defendant.**
_____/

## FACTUAL PROFFER

The United States and LENNYS RANGEL (the "defendant") stipulate and agree that if this case had proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt, which prove that RANGEL is guilty of Count 1 of the Information, Conspiracy to Commit an Offense against the United States, in violation of Title 18, United States Code, Section 371:

The defendant held various positions at subsidiaries of Petroléos de Venezuela S.A. ("PDVSA"), the state-owned and state-controlled oil company of Venezuela. From in or around March 2015 to in or around December 2017, the defendant served as head of procurement for Petrocedeño S.A. ("Petrocedeño"), a joint venture between PDVSA and two European oil companies with majority control belonging to PDVSA. During this time, Petrocedeño had a significant operating budget and awarded hundreds of millions of dollars' worth of contracts each year. PDVSA and its subsidiaries, including Petrocedeño, were controlled by the Venezuelan government and performed government functions for and on behalf of Venezuela.

*Court Exhibit #1*

In or around May 2015, the defendant attended a meeting at the home of a PDVSA contractor with senior officials affiliated with PDVSA or its subsidiaries. During the meeting, the senior PDVSA officials dictated a list of contractors to the defendant and directed the defendant to assist and expedite the awarding of assign procurement contracts to those contractors. During her time at Petrocedeño, the defendant generally awarded contracts in accordance with those directions.

During the defendant's time as head of procurement, many different contractors made bribe and/or kickback payments to or for the benefit of the defendant in connection with the award of Petrocedeño contracts. In exchange, the defendant took measures to secure an improper advantage for these contractors, such as expediting the award of the contracts and providing the contractors with information that would ensure they won the contracts. The defendant received these bribe and/or kickback payments through accounts held in the name of family or friends. From 2015 to 2017, contractors made millions of dollars in payments for the benefit of the defendant and another senior official connected to the defendant, including from accounts in the name of companies registered under the laws of the State of Florida.

For example, Contractor 1 controlled a series of companies that received at least $100 million through contracts awarded by PDVSA subsidiaries, through wire transfers to Contractor 1's corporate bank accounts in Miami, Florida, from 2013 through 2017. Contractor 1 made a series of bribe and/or kickback payments totaling over $2 million to an account in Panama controlled by a relative of the defendant (the "Panama Account") for the benefit of the defendant between July 2015 and December 2016, including payments that originated in Contractor 1's corporate bank accounts in Miami, Florida. Similarly, other contractors that received contracts with Petrocedeño made bribe and/or kickback payments for the benefit of the defendant and one

of her supervisors to an account in the name of a Florida-registered company at Citigroup in Miami.

The defendant used the corrupt payments made to the Panama Account for her own benefit. In particular, on or about April 1, 2016, the defendant caused a wire transfer of approximately $158,545 from the Panama Account to a bank account in Miami, Florida for the purchase of an apartment in Brickell. The defendant and her co-conspirators knew the corrupt transactions and the use of the proceeds from the transactions were unlawful.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 8/10/20   By: _____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

ROBERT ZINK
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION

Date: 8/10/20   By: _____
JOHN-ALEX ROMANO
TRIAL ATTORNEY, FRAUD SECTION

Date: 9/18/19   By: _____
MICHAEL ENTIN
ATTORNEY FOR DEFENDANT

Date: 9/18/19   By: _____
LENNYS RANGEL
DEFENDANT