UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20726-MARTINEZ

UNITED STATES OF AMERICA

       Plaintiff,

Vs.

LENNY RANGEL

       Defendant.

_____/

## DEFENDANT'S UNOPPOSED  MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, LENNY'S RANGEL, by and through her undersigned attorney, and respectfully requests this Honorable Court to enter an order to continue the Sentencing presently scheduled before Your Honor on October 20, 2020, at 1:30 p.m., and as grounds would state unto this Court the following:

1.     On August 11, 2020, the Defendant entered a Guilty Plea and Your Honor set Sentencing in this matter on October 20, 2020 at 1:30 p.m.

2.     The Third Order Concerning Authorization Under the CARES Act issued by Chief Judge K. Michael Moore on September 18, 2020, currently prohibits sentencing hearings and other matters being conducted live in the Federal District Court in this District.  The Order is in effect for 90 days and indicates that sentencings can only occur if the Defendant consents to the proceeding being conducted through Zoom or some other video platform.

3.     The undersigned has conferred with the Defendant in this matter, and she is desirous of appearing in Court, once it is safe to do so, to be sentenced by Your Honor.  The Defendant would also like to have her family present in court before Your Honor at the Sentencing Hearing. She is aware of the significant consequences that can result to her from the Sentencing and would like to have all proceedings conducted live before Your Honor.

4.     The undersigned attorney is in his late sixties and suffers from conditions that could be very dangerous if he contracted Covid-19.  The undersigned would like to avoid travelling to the Courthouse in Miami and appearing live until such time it has been deemed safe to do so.

5.      As further grounds, the undersigned needs additional time to complete his preparation for the Sentencing Hearing in this matter.  The Defendant is from Venezuela and only speaks Spanish. All family members and friends related to her, both in the United States and Venezuela speak only Spanish.  The undersigned is not bi-lingual and is having a very difficult time conversing with 20 to 30 people, some from Venezuela.  The undersigned has received between 75 to 100 pages of documents which are in Spanish.  These documents need to be translated and used for the preparation of a  Sentencing Memorandum and provided to the Court as Sentencing Exhibits in this matter.  The undersigned is privately retained and is currently investigating the costs related to transcription of the records and documents.

5.      The undersigned has conferred with Michael Berger, the Assistant United States attorney assigned to this matter, who has indicated that he does not oppose this continuance being granted and continuing the matter until such time as the Court resumes in-court sentencing hearings.

6.      This Motion is being made in good faith and not for the purpose of delay.


WHEREFORE, the Defendant, LENNYS RANGEL, respectfully moves this Honorable Court to grant this Unopposed Motion to Continue the Sentencing and reset this matter at a time when the Court is authorized to conduct live in-court hearings.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the aforesaid Unopposed Motion to Sentencing with the Clerk of the United States District Court using CM/ECF, on this 24th day of SEPTEMBER, 2020.


Respectfully Submitted,

**LAW OFFICES OF MICHAEL J. ENTIN, P.A.**
Attorney for Defendant
101 N.E. Third Avenue, Suite 110
Fort Lauderdale, Florida 33301
Telephone: (954) 745-4900
Facsimile: (754) 301-5109
Florida Bar No. 270261
Email: mjentin@aol.com
Legalassistant2michaeljentin@gmail.com

*/s/ Michael J. Entin*
_____

MICHAEL J. ENTIN, ESQ.