Honorable José Martínez
United States District Court
Judge 400 North Miami
Avenue, Room 10-1
Miami, Florida 33128-1807

It is my honor to address you.

My name is Lucy Morales, I am an American citizen, single mother of a 14-year-old boy. I worked for 15 years in Liz Claiborne Company and I was a Day Care teacher. I am currently disabled due to the loss of my right leg because of diabetes and I was also diagnosed with breast cancer.

I have known Lennys for about 3 years. She came into my life through the Mission Rema Foundation when I was in the process of recovery. Lennys is an admirable person. She is an example of solidarity and sincere love. In the midst of the disease, we often lose self-esteem and our soul is broken. She is an essential support to help women get ahead, just as she has done with me. She is very charismatic, and makes me smile during the most difficult moments.

I have fought diabetes, but even more I have fought the cancer that almost took my life. I had to fight for my child, and thanks to God, today I am not only a cancer survivor, but also a warrior who never gives up. I am currently healthy from this disease, and Lennys is still by my side. I know that I count on her for whatever I may need.

Today, I like to inspire and help other women with my story, and despite my disability and with the help of God, I fight against all adversities for my life and that of my son. The REMA Foundation has been a great support. Lennys is there for me without expecting anything in return. She takes me to the events in which I participate to help other people and encourage them, so that my story serves as an inspiration in their fight against cancer.

Lennys is a light for the world not only because she supports the REMA Mission Foundation with her service, but because she is a generous, transparent being who encourages many people as she has done to me, and supports cancer patients and their family environment. Along with the REMA Foundation, she has helped obtain breast prostheses, bras, free mammograms, Papanicolaou tests and routine examinations. She also organizes health fairs with churches, collects toys for children with cancer. She also makes sure to do something nice on important dates, such as Women's Day, Mother's Day, Children's Day or Christmas. I know that she is a woman of Faith who gives meaning to the lives of many people like me.

I could say much more, but I just want to end by telling you that the service Lennys renders to the community is only done by brave people with a noble heart like hers. I always see her persevering, and despite her circumstances, she fights and fights every day ignoring her fears and adversities, but does not abandon her commitment to serve.

I have the privilege of having met Lennys and I thank God for that. She will always be a great friend and I will be eternally grateful for her company and her watchful eye on me. I hope that she does well and that she and her family are blessed.

**Illegible Signature**



PEMBROKE PINES 330244

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.


EXHIBIT 32

Honorable José Martínez
United States District Court Judge
400 noth Miami Avenue, Room 10-1
Miami, Florida 33128-1807

Es un honor dirigirme a usted.

Mi nombre es Lucy Morales, soy ciudadana americana, madre soltera de un niño de 14 años, trabajé durante 15 años en la compañía Liz Claibone y fui profesora de Day Care. Actualmente estoy deshabilitada debido a que perdí mi pierna derecha a causa de la Diabetes y también fui diagnosticada con cáncer de seno.

Conocí a Lennys desde hace aproximadamente 3 años, ella llego a mi vida a través de la Fundación Misión Rema en el proceso de mi recuperación. Lennys es una persona admirable, es ejemplo de solidaridad y amor sincero. En medio de la enfermedad muchas veces perdemos la autoestima y se nos quebranta el alma, ella es un pilar fundamental para ayudar a mujeres a salir adelante, así como lo ha hecho conmigo, es muy carismática en los momentos difíciles siembra sonrisas en mí.

He luchado contra la Diabetes, pero aún más contra el cáncer que casi me quita la vida, yo debía luchar por mi niño y gracias a Dios no solo hoy soy una sobreviniente de cáncer si no una guerrera que jamás se rinde, actualmente me encuentro sana de esta enfermedad y Lennys sigue a mi lado, sé que cuento con ella para lo que sea necesario.

En la actualidad a mi me gusta inspirar y ayudar a otras mujeres con mi historia, que a pesar de mi discapacidad con la ayuda de Dios lucho contra todas las adversidades por mi vida y la de mi hijo.  La Fundación REMA ha sido un gran apoyo, Lennys siempre está disponible para mi sin esperar nada a cambio, me transporta a los eventos en que yo participo para ayudar a otras personas a animarlas y que mi historia les sirva de inspiración en su lucha contra el cáncer.

Lennys es una persona de luz para el mundo no solo porque apoya con su servicio a la Fundación Misión REMA sino porque es un ser generoso, transparente que da aliento de vida a muchas personas como lo ha hecho conmigo, apoya a pacientes de cáncer y su entorno familiar, junto a la Fundación REMA ha ayudado a conseguir, prótesis de senos, brasieres, mamografías gratuitas, papanicolaous y exámenes de rutina, organizan jornadas de salud junto a iglesias, reúnen juguetes para llevar a los niños con cáncer, también está pendiente de un detalle bonito en fechas importantes como el día de la mujer, día de las madres, día del niño o navidad, me consta que es una mujer de Fe que da sentido a la vida de muchas personas como yo.

Pudiera extenderme mucho más, pero solo quiero terminar diciéndole que el servicio que Lennys presta a la comunidad solo lo hacen personas valientes de corazón noble como el de ella, siempre la veo perseverar y a pesar de sus circunstancias lucha y lucha cada día con sus miedos y adversidades, pero no abandona su compromiso de servir.

Tengo el privilegio de haber conocido a Lennys y agradezco a Dios por eso, ella será siempre una gran amiga que eternamente le estaré agradecida por su compañía y estar pendiente de mí, deseo que le vaya bien y que este llena de bendiciones junto a su familia.

*Lucy Morales*
Lucy Morales

PEMBROKE PINES 330244

# SEVEN LANGUAGES TRANSLATING & INTERPRETING RESOURCES, INC.

## TRANSLATORS • INTERPRETERS

Conferences • Depositions • Documents • Translations • Legal • Commercial • Medical • Technical • U.S. Court Certified Interpreters
Web site: www.sevenlanguages.com • E-mail: info@sevenlanguages.com

## CERTIFICATE OF TRANSLATION

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, JOSEPH RICHARD PEREZ, on behalf of SEVEN LANGUAGES TRANSLATING & INTERPRETING RESOURCES, Inc, do certify that the attached translation, consisting of __1__ pages, is, to the best of my knowledge and belief, a true and accurate rendition into the __English__ language of the original written in __Spanish__.

JOSEPH RICHARD PEREZ

The foregoing instrument was acknowledged by me on this __17__ day of __March__, 2021. JOSEPH RICHARD PEREZ personally appeared before me at the time of notarization. She is personally known to me and produced a driver's license as identification and she did take an oath.

Brittnie M. Sanchez, Notary Public
State of Florida at Large



Notary Public State of Florida
Brittnie M Sanchez
My Commission GG 237213
Expires 08/06/2022

The utmost care has been taken to ensure the accuracy of all translations. SEVEN LANGUAGES TRANSLATING & INTERPRETING RESOURCES, Inc and its employees shall not be liable for any damages due to negligence or error in typing or translation

SPANISH
FRENCH
ITALIAN
HEBREW
CREOLE
DUTCH
PORTUGUESE
GERMAN
CHINESE
JAPANESE
RUSSIAN
SCANDINAVIAN
ASIAN
SLAVIC
& ALL OTHER
LANGUAGES

SEVEN LANGUAGES TRANSLATING AND INTERPRETING RESOURCES, INC.
18495 SOUTH DIXIE HIGHWAY #116, CUTLER BAY, FLORIDA 33157
DADE (305) 374-6761 • 24 HR. FAX (305) 374-0339 • 1-800-374-6761